UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY SAFFORD, et al.,<br><br>    Defendants. | Case No. 14-cv-03135-JD<br><br>**ORDER GRANTING STIPULATED JUDGMENT AND DISMISSING CASE**<br><br>Re: Dkt. No. 23 |

Pursuant to the parties' stipulation, the $57,263.50 that State Farm deposited with the Clerk is released. $10,000 is to be paid jointly to defendants Jeffrey Safford and Steven Safford by check made payable to "Law Office of Molsby & Bordner, LLP" and delivered to the attorneys for Jeffrey Safford and Steven Safford via first class mail to the following address: Molsby & Bordner, LLP, Att'n: Robin D. Shofner, Esq. 1830 15th Street, Suite 100, Sacramento, CA 95811. The remainder plus any interest which may have accrued is to be paid by check made payable to "Attorney Client Trust Account of Law Office of Jay P. Renneisen" and delivered to the attorneys for Nancy Safford via first class mail to the following address: Law Offices of Jay P. Renneisen, Att'n: Jay P. Renneisen, Esq., 1600 South Main Street, Suite 185, Walnut Creek, CA 94596. State Farm is dismissed with prejudice. The case is closed.

**IT IS SO ORDERED**.

Dated: January 6, 2015

_____
JAMES DONATO
United States District Judge